No. 71–6511.  RHODES *v.* HAYNES, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 71–6521.  SAILER *v.* CRAVEN, WARDEN.  Sup. Ct. Cal.  Certiorari denied.

No. 71–6523.  JACOBS *v.* PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 71–6524.  KIRK *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 71–6529.  ARCHER *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 71–6532.  FORRESTER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6537.  JOHNSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6540.  GRENE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6543.  HAMPTON *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 71–6546.  NUNLEY *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 71–6547.  LEWIS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6549.  TAYLOR *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6552.  ATKIN, AKA ATKINSON *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 71–6555.  ROBINS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.